253–54, 122 S.Ct. 726, 731–32, 151 L.Ed.2d 670 (2002).

PENNSYLVANIA HUMAN RELATIONS COMMISSION, On Behalf of Brian C. DAVIS, Appellant,

v.

ROBERT H. WISE MANAGEMENT and Gypsy Lane Owners Association, Appellees.

Supreme Court of Pennsylvania.

Dec. 22, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of December, 2004, the Order of Commonwealth Court is **AFFIRMED** and the motion to strike the name Robert Wise Management from the caption is **DENIED.**

---

**25.** *See, e.g.,* N.T., Feb. 3, 1986, at 1876–77 (penalty-phase summation of the district attorney arguing that Appellant "terrorized, he robbed, he [p]lundered, and he killed, and he continued to kill.... I am asking you, ladies and gentlemen, to impose the death penalty because our system of justice must stop him. He must be stopped.").